The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| WYNP | E1482802 | MCHALE | 07/20/2025 |

**THE CHARGE ON THE VIOLATION NOTICE**

| Offense Charged | Offense Description | | |
|---|---|---|---|
| 36CFR2.35(a)(2)(ii) | MINOR IN POSSESSION | | |

| Defendant Name | | | |
|---|---|---|---|
| PENAFLORIDA, SOFIA G | | | |

| Initial Court Appearance | | | |
|---|---|---|---|
| MANDATORY - You must appear in court | | | |

| Court Address | Date/Time |
|---|---|
| US DISTRICT COURT<br>YELLOWSTONE JUSTICE CENTER<br>105 ALBRIGHT AVE<br>YELLOWSTONE N P, WY 82190 | 08/05/2025<br>09:00 AM |